No. 67490.—Selectile Co., Inc. et al. *v.* United States, protests 59/12847(A), etc.
(Los Angeles).

Opinion by OLIVER, C.J.  In accordance with stipulation of counsel that the merchandise consists of polished marble slabs similar in all material respects to those the subject of *United States* v. *Selectile Co., Inc., Frank P. Dow Co., Inc., of L.A., et al.* (49 CCPA 116, C.A.D. 805), the claim of the plaintiffs was sustained.

BEFORE THE SECOND DIVISION, MARCH 6, 1963

No. 67491.—English Bicycle Co. et al. *v.* United States, protests 60/30011, etc.
(New York).

Opinion by LAWRENCE, J.  In accordance with stipulation of counsel that the merchandise and issues herein are similar in all material respects to those the subject of *United States* v. *Schmidt Pritchard & Co. et al.* (47 CCPA 152, C.A.D. 750), the claim of the plaintiffs was sustained.

No. 67492.—V. G. Nahrgang *v.* United States, protests 303458–K and 307849–K
(Detroit).

Opinion by LAWRENCE, J.  In accordance with stipulation of counsel that the merchandise consists of copper rods similar in all material respects to those the subject of *H. J. Van Der Ryn, Inc., et al.* v. *United States* (40 Cust. Ct. 90, C.D. 1964), the claim of the plaintiff was sustained.